UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TIMOTHY McCAMEY, | ) | CASE NO. C07-0013-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: PETITION FOR |
| | ) | RELIEF OF HARASSMENT |
| SNOHOMISH COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Timothy McCamey proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. Currently pending before the Court is plaintiff's Petition for Relief of Harassment. (Dkt. 21.) Plaintiff asserts, during his stay at the Snohomish County Jail, harassment by named defendant Fred Young, delays imposed to his access to the law library, and the possibility of tampering with his legal documents. He requests that the Court order that defendant Young have no authority over him unless there exists a genuine threat to safety or security, and for Snohomish County Jail to make the law library available to him without delay. Defendants oppose plaintiff's motion. (Dkt. 25.)

Because the only claim raised in plaintiff's complaint pertains to an incident in which he alleges defendant Young sprayed him with pepper spray or mace ( *see* Dkt. 6 at 3), it is

01 questionable whether the portion of plaintiff's motion not directly related to defendant Young is

02 properly before the Court. However, the Court construes any such aspect of plaintiff's motion

03 as related to his underlying claim in asserting an impact on his ability to litigate. Nonetheless, the

04 Court agrees with defendants that plaintiff's motion is now moot.

05   Defendants indicate that, on April 17, 2007, plaintiff was transferred from Snohomish

06 County Jail into the custody of the Washington State Department of Corrections. (*See* Dkt. 21,

07 ¶ 8.) Given that plaintiff is no longer housed in Snohomish County Jail, his request for relief from

08 harassment and his assertions regarding his legal materials and the law library are moot.[1]

09   For the reason described above, plaintiff's Petition for Relief of Harassment (Dkt. 21) is

10 hereby DENIED. The Clerk is directed to send copies of this Order to plaintiff, to counsel for

11 defendant, and to the Hon. Ricardo S. Martinez.

12   DATED this 12th day of June, 2007.

13

14   _____
     Mary Alice Theiler
     United States Magistrate Judge

15

16

17

18

19

20

21

---

22   [1] Because the Court finds this motion moot, it declines to address the additional arguments raised in defendants' response.

ORDER RE: PETITION FOR
RELIEF OF HARASSMENT
PAGE -2