UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY McCAMEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY JAIL, et al.,<br><br>　　　　Defendants. | CASE NO.: C07-0013-RSM<br><br>ORDER GRANTING MOTION FOR<br>SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's civil rights complaint, defendants' motion for summary judgment, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　Defendants' motion for summary judgment (Dkt. No. 26) is GRANTED; and

(3)　The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 2nd day of November, 2007.

　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT
PAGE -1